**COURTROOM DEPUTY MINUTES**       DATE: 3/11/08
**MIDDLE DISTRICT OF ALABAMA**
                                   DIGITAL RECORDING: 10:34-10:35

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE  WALLACE CAPEL, JR    DEPUTY CLERK: Wanda A. Robinson

CASE NO.  1:07po327-WC        DEFT. NAME: Britney Shawnette Smith

USA: Emily Maria Ruisanchez       ATTY: _____

                                  Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: Robert Pitcher

Defendant _____ does ___ does NOT need an interpreter; NAME _____

- ☐ Kars.    Date of Arrest _____  or  karsr 5
- ☐ kia.     Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained _____
- ☐         Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐         Government's WRITTEN Motion for Detention Hrg. filed.
- ☐         DETENTION HRG ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
             ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐         Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
             **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
             Trial Term _____;  ☐ PRETRIAL CONFERENCE DATE: _____
             DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ Kwvspt   Waiver of Speedy Trial Act Rights Executed.

\* Arraignment NOT HELD
  M for Bench Warrant
  M/granted — Bench Warrant