IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-PO-00327-WC |
| | ) | |
| BRITNEY SHAWNET SMITH | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this 14th day of April 2008.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE